CENTER FOR DISABILITY ACCESS
RAY G. BALLISTER, JR, ESQ., SBN 111282
MARK D. POTTER, ESQ., SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131-1084
(858)375-7385; Fax (888) 422-5191
*Attorneys for Plaintiff*

ENTERED  JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANSCHUTZ ENTERTAINMENT GROUP, INC., a Colorado Corporation; AEG ONTARIO, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No. EDCV11-00554VAP (DTBx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

　　　Pursuant to the Stipulation of Dismissal executed by the parties on April 8, 2011 and filed with this Court on April 12, 2011 IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice, each party to bear his/its own attorney's fees and costs.

Dated: _April 14, 2011

_____
THE HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

1

[PROPOSED] ORDER RE:  STIPULATION  FOR DISMISSAL EDCV11-0554 VAP (DTBx)